UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 4:25mj-51 | **DATE:** May 21, 2025 |
| **UNITED STATES OF AMERICA** | **TIME:** 2:43-3:21 |
| v. | **LOCATION:** SAVANNAH |
| Charmaine Gatlin | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Burrell |
| **Court Reporter:** FTR SAV-CR2 | **Interpreter/Law Clerk:** |
| **Probation Officer:** Holland | **Security:** Turner |
| **Attorney(s) for Government:** Frank Pennington | |
| **Attorney(s) for Defendant:** Karin Kissiah | |

**PROCEEDINGS:**   INITIAL APPEARANCE - RULE 5

   **CHARGING DISTRICT:** Southern District of Georgia

   **CASE NUMBER:** 25-2220-CR

- [✓] Defendant advised of charges and penalties
- [ ] Defendant qualifies for court appointed counsel
- [✓] Defendant waives preliminary hearing
- [✓] Defendant waives identity hearing
- [ ] Preliminary hearing set for:
- [ ] Government moves for detention:
    - [ ] Defendant waives detention hearing in the Southern District of Georgia
    - [ ] Defendant requests 5 days to prepare for detention hearing
    - [ ] Government requests 3 days to prepare for detention hearing
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held.
- [✓] Defendant released on an Appearance Bond
    - [✓] Defendant is ordered to appear at the charging district on: June 4, 2025 at 2:00 P.M.
- [ ] Defendant detained pending a detention hearing
- [ ] Defendant remanded to the custody of the US Marshal for transport back to: _____.

**ADDITIONAL COMMENTS:**